ACCEPTED
03-16-00718-CV
13659198
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:22:26 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:22:26 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

## IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION: TCAA ENFORCEMENT CASE

On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844, pending in the 353rd Judicial District Court Travis County, Texas

## LUBBOCK COUNTY'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Lubbock County files this Notice of Appearance

of Counsel and Designation of Lead Counsel on Appeal as follows:

1.      Appellee designates the following attorneys as counsel on appeal:

MATTHEW D. POWELL
Lubbock County
Criminal District Attorney
Texas Bar Number 00784782

Morgan Day Vaughan
Texas Bar Number: 24060769
Assistant District Attorney

1

R. Neal Burt
Texas Bar Number: 03475450
Assistant District Attorney

Lubbock County Criminal District Attorney's Office – Civil Division
916 Main Street, Suite 301
Lubbock, Texas 79401
(806) 775-1112
(806) 775-1552 (facsimile)
mvaughan@lubbockcda.com
NBurt@co.lubbock.tx.us

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2. LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3. Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
    Anthony F. Constant
    State Bar No. 04711000
    Constant Law Firm
    800 N. Shoreline Blvd., Ste. 2700 South
    Corpus Christi, TX 78401
    Telephone: (361) 698-8000
    Telecopier: (361) 887-8010
    office@constantlawfirm.com
    **ATTORNEY FOR APPELLEE**
    **LUBBOCK COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com